# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

**CRIMINAL CASE: 5:24-CR-48-FL-RN**

JOSHUA VANPATRICK HALEY

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**JOSHUA VANPATRICK HALEY** he/she shall be brought before the nearest Magistrate/Judge to answer an

**_X_** Indictment _____ Superseding Indictment _____Criminal Information_____Complaint

_____ Order of Court: _____Violation Notice_____Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. §§ 922(g)(1) and 924: Possession of a firearm by a convicted felon

Peter A. Moore, Jr.
Name of Issuing Officer

[signature]
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

FEBRUARY 8, 2024 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN ||
|---|---|
| This warrant was received and executed with the arrest of the above named defendant at ||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER |
| DATE OF ARREST | NAME AND TITLE OF ARRESTING |